IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFINEON TECHNOLOGIES AG, a German Corporation, </br></br> Plaintiff, </br></br> v. </br></br> VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware Corporation, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 10-047 (GMS) |

## ORDER

The Court having held a teleconference on November 28, 2011 to discuss the stay in place in this action in light of the status of another action between the parties, *Volterra Semiconductor Corp. v. Primarion, Inc., et al.,* Case No. C-08-05129 (JCS) (N.D. Cal.), and for the reasons stated on the record at the teleconference,

IT IS HEREBY ORDERED this 7 day of December, 2011, that:

(1) the stay imposed in this action by the Court's January 13, 2001 Order (D.I. 40) is lifted; and

(2) this action is transferred to the United States District Court for the Northern District of California.

_____
CHIEF UNITED STATES DISTRICT JUDGE